1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7332
6      Facsimile: (415) 436-6748
       E-mail: david.devito@usdoj.gov
7
   Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTICE & DIVERSITY CENTER OF THE BAR ASSOCIATION OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | No. 3:20-cv-05208-JSC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT AND DISMISSAL** |

Plaintiffs Justice & Diversity Center of the Bar Association of San Francisco, Immigrant Legal Resource Center, Community Legal Services of East Palo Alto, Dolores Street Community Services, Legal Services for Children, Pangea Legal Services, and Immigration Center for Women and Children (collectively, "Plaintiffs") and Defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), by and through their undersigned counsel, hereby enter into this Stipulation and [Proposed] Order Regarding Settlement and Dismissal ("Stipulation") as follows:

    1.      ICE shall pay to Plaintiffs, in total, the amount of twenty thousand U.S. dollars and zero

cents ($20,000.00) (the "Settlement Amount") in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-captioned matter.  Payment of the Settlement Amount to Plaintiffs shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest.  Payment of this money will be made by electronic funds transfer after notification of the Court's entry of this Stipulation and receipt of necessary information from Plaintiffs in order to effectuate the payment.  ICE will make all reasonable efforts to make payment within thirty (30) days of the date that Plaintiffs' counsel provides the necessary information for the electronic funds transfer and this Stipulation is approved by the Court, whichever is later, but cannot guarantee payment within that timeframe.

2. Upon the execution of this Stipulation, Plaintiffs, having received the records they requested, hereby release and forever discharge Defendants, and their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiffs assert or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the specific FOIA requests on which this action is based, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. The provisions of California Civil Code Section 1542 are set forth below:

"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affects his or her settlement with the debtor or released party."

Plaintiffs having been apprised of the statutory language of Civil Code Section 1542 by Plaintiffs' attorney, and fully understanding the same, in settlement of this FOIA action, nevertheless elect to waive the benefits of any and all rights Plaintiffs may have pursuant to the provisions of that statute and any similar provision of federal law.  Plaintiffs understand that, if the facts concerning any injuries, liability for damages pertaining thereto, or liability for attorneys' fees, costs or litigation

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL
Case No. 3:20-cv-05208-JSC

expenses are found hereafter to be other than or different than the facts now believed by them to be true, this Agreement shall be and remain effective notwithstanding such material difference.

4.  Execution of this Stipulation and its approval by the Court shall constitute dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

5.  The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Defendants, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by Defendants regarding Plaintiffs' entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.  This Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Defendants.

6.  This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

7.  If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

8.  This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

9.  The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

10. This Stipulation may not be altered, modified, or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

11. It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party.  All such counterparts and signature pages, together, shall be

1  deemed to be one document.

2  IT IS SO STIPULATED.

3  Dated: April 21, 2022                           STEPHANIE M. HINDS
                                                   United States Attorney

5                                                  /s/ David M. DeVito*
                                                   DAVID M. DEVITO
6                                                  Assistant United States Attorney

7                                                  Attorneys for Defendants

8  Dated: April 21, 2022                           IMMIGRANTS' RIGHTS CLINIC
                                                   Mills Legal Clinic at Stanford Law School

10                                                 /s/ Lisa Weissman-Ward
                                                   LISA WEISSMAN-WARD

                                                   Attorneys for Plaintiffs

                                                   * In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

STIPULATION AND [~~PROPOSE~~D] ORDER REGARDING SETTLEMENT AND DISMISSAL
Case No. 3:20-cv-05208-JSC

4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 22, 2022__   _____/s/ Jacqueline Scott Corley_____
                              HON. JACQUELINE SCOTT CORLEY
                              United States District Judge